IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN V. CLEVELAND,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY GROUNDS, et al.,<br><br>    Defendants. | No. C 12-5222 SBA (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Docket No. 3. |

    Plaintiff Ivan V. Cleveland, an inmate at the Correctional Training Facility in Soledad, California, moves for an extension of time in which to file his application to proceed in forma pauperis, which was due on November 19, 2012. Having read Plaintiff's motion and good cause appearing, the motion for an extension of time is GRANTED. Plaintiff shall have thirty days from the date of this order to file his in forma pauperis application.

    This order terminates docket no. 3.

    IT IS SO ORDERED.

DATED: 11/28/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

L:\PRO-SE\SBA\CR.12\Cleveland 12-5222 EOT Grant.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IVAN CLEVELAND,

        Plaintiff,

v.

RANDY GROUNDS et al,

        Defendant.

Case Number: CV12-05222 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Vernord Cleveland H-60545
CTF-Central
P.O. Box 689
Soledad, CA 93960-0689

Dated: November 30, 2012

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk