United States District Court
For the Northern District of California

1

2

IN THE UNITED STATES DISTRICT COURT

3

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5      IVAN V. CLEVELAND,                        No. C 12-5222 SBA (PR)

6                   Plaintiff,                   **ORDER GRANTING MOTION FOR**
                                                 **EXTENSION OF TIME**
7          v.
                                                 Docket No. 3.
8      RANDY GROUNDS, et al.,

9                   Defendants.
       _____/

10

11         Plaintiff  Ivan V. Cleveland, an inmate at the Correctional Training Facility in

12     Soledad, California, moves for an extension of time in which to file his application to

13     proceed in forma pauperis, which was due on November 19, 2012.  Having read Plaintiff 's

14     motion and good cause appearing, the motion for an extension of time is GRANTED.

15     Plaintiff shall have thirty days from the date of this order to file his in forma pauperis

16     application.

17         This order terminates docket no. 3.

18

19         IT IS SO ORDERED.

20     DATED:   11/28/12

21                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
22

23

24

25

26

27

28

L:\PRO-SE\SBA\CR.12\Cleveland 12-5222  EOT Grant.wpd

1  UNITED STATES DISTRICT COURT
FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  IVAN CLEVELAND,

                Plaintiff,

5

    v.

6

  RANDY GROUNDS et al,

7

                Defendant.
8  ―――――――――――――――――――/

Case Number: CV12-05222 SBA

**CERTIFICATE OF SERVICE**

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11  That on November 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15  Ivan Vernord Cleveland H-60545
CTF-Central
16  P.O. Box 689
Soledad, CA 93960-0689

17  Dated: November 30, 2012

18                             Richard W. Wieking, Clerk
                             By: Lisa Clark, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California