1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

8   IVAN VERNFORD CLEVELAND,                    Case No:  C 12-5222 SBA (pr)

9            Petitioner,                        **ORDER OF REFERRAL TO
                                                DETERMINE WHETHER CASES
10         vs.                                  ARE RELATED**

11  RANDY GROUNDS, Warden,
    OFFICER ABANICO, et al.,

12

             Respondents.

13

14

15         Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Magistrate Judge

16  Nandor J. Vadas to consider whether it is related to <u>Cleveland v. Curry</u>, No. C 07-2809

17  NJV (pr).  Although the above-captioned case was filed as a petition for a writ of habeas

18  corpus, it actually appears to be a civil rights action alleging sexual harassment by Officer

19  Abanico.  The claim in this action ostensibly is one of the claims alleged in the earlier-filed

20  case before Magistrate Judge Vadas.  The parties shall file any response in opposition to or

21  in support of relating the cases within fourteen (14) days of receipt of this Order.

22         IT IS SO ORDERED.

23  Dated:  June 17, 2013

24                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
25

26
    N:\K..\Prisoner\12-5222 - Cleveland - Order of Reference - Judicial Referral for Related Cases.docx
27

28

1

UNITED STATES DISTRICT COURT
FOR THE

2

NORTHERN DISTRICT OF CALIFORNIA

3

4

IVAN CLEVELAND,

5

            Plaintiff,

6

  v.

7

RANDY GROUNDS et al,

8

            Defendant.

9

_____/

10

11

                                        Case Number: CV12-05222 SBA

12

                                        **CERTIFICATE OF SERVICE**

13

14

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

15

16

That on June 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

17

18

19

20

Ivan Vernord Cleveland H-60545
CTF-Central

21

P.O. Box 689
Soledad, CA 93960-0689

22

23

Dated: June 17, 2013
                                        Richard W. Wieking, Clerk

24

                                        By: Lisa Clark, Deputy Clerk

25

26

27

28